United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYKEBA FRANK, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> (SIOUX FALLS) WELLS FARGO BANK, § <br> N.A., *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:22-CV-00065 |

## ORDER

Before the Court is Defendants' Motion to Dismiss and Motion for Summary Judgment (the "Motion," Doc. #10). The Court finds that the Motion does not comply with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all authority must be cited within the body of the document and not footnoted. Additionally, any brief or memorandum shall be limited to twenty (20) pages absent leave of the Court for extended briefing, per Rule B.5(e). Accordingly, it is hereby ORDERED that the Motion be STRICKEN from the record.

Defendants may refile their amended Motion in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

OCT 0 6 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge