United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYKEBA FRANK, *et al.*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-00065 |
| (SIOUX FALLS) WELLS FARGO BANK, N.A., *et al.*, | § |
| Defendants. | § |

## FINAL JUDGMENT

Because the Court has dismissed all claims asserted by Plaintiffs Dykeba Frank and Yolanda Frank-Broussard in this lawsuit, the Court hereby **ORDERS** that Plaintiffs' case is **DISMISSED with prejudice.**

**THIS IS A FINAL JUDGMENT**.

AUG 2 9 2023
Date

The Honorable Alfred H. Bennett
United States District Judge